UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ELVIS JONES,<br><br>           Plaintiff. | Case No. 15-cv-00668-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

On February 12, 2015, this action was opened when the Court received from Plaintiff a letter to Senior District Court Judge Lawrence K. Karlton of the United States District Court for the Eastern District of California expressing displeasure with the mental health care in the prison at which Plaintiff is currently housed, Corcoran State Prison. The Clerk of the Court opened a case file, and sent out a notice that Plaintiff had not filed a complaint, and cautioned that the action would be dismissed if he did not submit a complaint within twenty-eight days. The Clerk also sent out a notice that this action was deficient due to Plaintiff's failure to pay the filing fee or furnish a completed and signed Court-approved in forma pauperis application, and cautioned that the action would be dismissed if he did not pay the fee or file the application materials within twenty-eight days.

Plaintiff has responded by explaining that the document he submitted was not intended as a new action, but as a letter to Judge Karlton, in his capacity as a member of the three-judge panel in

Coleman v. Wilson, No. 90-0520 KJM (E.D. Cal. filed 1990).[1]  Good cause appearing, this action is DISMISSED as improvidently opened.  No filing fee is due.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  3/17/2015

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Judge Karlton is now retired from the court.